STEVEN T. GUBNER - Bar No. 156593
COREY R. WEBER - Bar No. 205912
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: sgubner@ebg-law.com
cweber@ebg-law.com

Special Litigation Counsel for Plaintiff,
Howard Ehrenberg, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>RUDERMAN CAPITAL PARTNERS, LLC,<br><br>Debtor.<br><br>EIN No. xxx-0994 | Case No. 2:09-bk-19539-ER<br><br>Chapter 7<br><br>Adv. No. 2:11-ap-01923-ER |
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON CURTIS aka MACK HOUSTON CURTIS aka MACK CURTIS aka HOUSTON M. CURTIS, an individual,<br><br>Defendant. | **DECLARATION OF COREY R. WEBER IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT [LOC. BANK. R 7055-1(a)]**<br><br>[No Hearing Required] |

## DECLARATION OF COREY R. WEBER

I, Corey R. Weber, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and this Court. I am a partner at the law firm Ezra Brutzkus Gubner LLP ("EBG"), Special Litigation Counsel for Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee of the Bankruptcy Estate for the above-titled debtor (the "Trustee"). The statements made herein are

based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I am one of the attorneys responsible for representing the Trustee in the above action titled *Howard M. Ehrenberg, Chapter 7 Trustee v. Houston Curtis aka Mack Houston Curtis aka Mack Curtis aka Houston M. Curtis, an individual*, Adv. No. 2:11-ap-01923-ER (the "Action"). As such, I have been involved in all aspects of this action.

3. On March 31, 2011, the Trustee, through EBG, initiated this Action by filing a complaint against Defendant Houston Curtis (the "Defendant") [Docket No. 1]. The Summons and Notice of Status Conference was issued by the Court on April 5, 2011.

4. At my instruction, on or about April 8, 2011, EBG served the Summons and Notice of Status Conference (the "Summons"), Complaint, and all related documents on Defendant by mail. The executed Summons and Proof of Service were filed with the Court on April 8, 2011 [Docket No. 7].

7. On June 15, 2011, the parties filed a stipulation to extend the time for Defendant to respond to July 5, 2011 and to continue the Status Conference that was scheduled for July 7, 2011. On June 22, 2011, the Court entered the Order to extend the time for Defendant to respond to July 5, 2011 and continue the Status Conference to August 4, 2011.

8. On July 27, 2011, the parties filed another stipulation to extend the time for Defendant to respond to the Complaint. On July 28, 2011, the Court entered the Order to extend the time for Defendant to respond to August 1, 2011.

9. On July 28, 2011, the Trustee, through EBG, filed a Status Report and Request for Continuance of Status Conference. On August 1, 2011, the Court entered the Order continuing the Status Conference from August 4, 2011 to September 22, 2011.

10. The time for filing an answer or other response expired on August 1, 2011. The Defendant failed to file a responsive pleading or request an extension of time to do so.

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2011, at Woodland Hills, California.

COREY R. WEBER

| | |
|---|---|
| In re RUDERMAN CAPITAL PARTNERS, LLC, Debtor<br>EHRENBERG vs. CURTIS | Chapter 7<br>CASE NUMBER 2:09-bk-19539-ER<br>ADV CASE NO.: 2:11-ap-01923-ER |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document described as **DECLARATION OF COREY R. WEBER IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT [LOC. BANK.R. 7055-1(a)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 23, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below.

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **August 23, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the **United States Mail, first class, postage prepaid**, and/or with an overnight mail service addressed as follows.

| VIA OVERNIGHT DELIVERY | VIA U.S. MAIL |
|---|---|
| Hon. Ernest M. Robles<br>United States Bankruptcy Court<br>255 E. Temple Street-Room 1560<br>Los Angeles, CA 90012 | Chapter 7 Trustee<br>Howard M. Ehrenberg<br>SulmeyerKupetz<br>333 S. Hope St., 35th Flr.<br>Los Angeles, CA 90071 |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| | | |
|---|---|---|
| August 23, 2011 | JESSICA ROEL | /s/ Jessica Roel |
| Date | Full Name | Signature |

| | |
|---|---|
| In re RUDERMAN CAPITAL PARTNERS, LLC, Debtor<br>EHRENBERG vs. CURTIS | Chapter 7<br>CASE NUMBER 2:09-bk-19539-ER<br>ADV CASE NO.: 2:11-ap-01923-ER |

**II. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Defendant<br>Houston Curtis<br>13636 Ventura Blvd., Ste 279<br>Sherman Oaks, CA 91423 | Defendant<br>Houston Curtis<br>4150 Woodman Avenue<br>Sherman Oaks, CA 91423-4332 | Defendant<br>Houston Curtis<br>14626 Sutton Street<br>Sherman Oaks, CA 91403-4142 |
| Defendant<br>Houston Curtis<br>250 N. Carolwood Drive<br>Los Angeles, CA 90077 | Attorneys for Defendant<br>David M. Stern<br>Klee, Tuchin, Bogdanoff & Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 | Attorneys for Defendant<br>Patricia Glaser<br>Glaser Weil Fink Jacobs et al.<br>10250 Constellation Blvd. 19th Fl.<br>Los Angeles, CA 90067 |