Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Steven T. Gubner, Esq. (SBN 156593
Corey R. Weber, Esq. (SBN 205912)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Tel: 818-827-9000
Fax: 818-827-9099
sgubner@ebg-law.com
cweber@ebg-law.com

*Attorney for Plaintiff* Howard M. Ehrenberg, Chapter 7 Trustee

FOR COURT USE ONLY

FILED & ENTERED

DEC 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY quintana DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

RUDERMAN CAPITAL PARTNERS, LLC,

Debtor.

HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE,

Plaintiff(s),

vs.

HOUSTON CURTIS aka MACK HOUSTON CURTIS aka MACK CURTIS aka HOUSTON M. CURTIS, an individual,

Defendant(s).

CHAPTER 7

CASE NUMBER 2:09-bk-19539-ER

ADVERSARY NUMBER
2:11-ap-01923-ER

DATE: [No hearing required]
TIME:
COURTROOM:

# DEFAULT JUDGMENT
# (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Howard M. Ehrenberg, Chapter 7 Trustee
and against Defendant (*specify name*): HOUSTON CURTIS aka MACK HOUSTON CURTIS aka MACK CURTIS aka HOUSTON M. CURTIS

2. a. ☒ Plaintiff is awarded damages in the following amount: $ 265,500.00

b. ☒ Plaintiff is awarded costs in the following amount: $ 150.00

c. ☐ Plaintiff is awarded attorney fees in the following amount: $

d. ☒ Plaintiff is awarded interest at the rate of _.12_ % per year from the following date to the date of entry of this Judgment: 3/31/11

~~*Pre-judgment interest is calculated at the allowable post-judgment rate pursuant to 28 U.S.C. 1961 (Treasury constant maturities nominal- 1-year interest rate published by the Federal Reserve (historical data found at http://www.federalreserve.gov/releases/h15/data.htm)), as follows:~~

*(This Order is continued on the next page.)*

| In re: Ruderman Capital Partners, LLC<br>Debtor(s).<br>Ehrenberg v. Houston Curtis, etc. | CHAPTER: 7<br>CASE NUMBER: 2:09-bk-19539-ER<br>ADV. CASE NUMBER: 2:11-ap-01923-ER |
|---|---|

| ~~**Transfer Date**~~ | ~~**Amount**~~ | ~~**Federal Interest Rate (%)**~~ |
|---|---|---|
| ~~6/22/2007~~ | ~~$50,000.00~~ | ~~5.25~~ |
| ~~6/27/2007~~ | ~~$15,500.00~~ | ~~5.25~~ |
| ~~7/27/2007~~ | ~~$200,000.00~~ | ~~5.26~~ |
| ~~**TOTAL**~~ | ~~**$265,500.00**~~** | |

**The Motion for Entry of Default Judgment (the "Motion," Docket No. 25 filed 11/21/11), erroneously requested a total recovery of $265,000. The total of the three transfers identified in the Motion is $265,500, as itemized above.

e. ☐ Plaintiff is granted the following relief (*specify*): ☐ See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a)____
☐ Other (*specify*):

4. ☐ The Court further adjudges as follows: ☐ See Attached Page

###

DATED: December 7, 2011

United States Bankruptcy Judge

| In re: Ruderman Capital Partners, LLC Debtor(s). Ehrenberg v. Houston Curtis, etc. | CHAPTER: 7 CASE NUMBER: 2:09-bk-19539-ER ADV. CASE NUMBER: 2:11-ap-01923-ER |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document described as **DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **December 6, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows**.**

**VIA U.S. MAIL**

Hon. Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street-Room 1560
Los Angeles, CA 90012

Chapter 7 Trustee
Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope St., 35th Flr.
Los Angeles, CA 90071

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| December 6, 2011 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| Date | Full Name | Signature |

**II. SERVED BY U.S. MAIL**

| | |
|---|---|
| In re: Ruderman Capital Partners, LLC<br>Debtor(s).<br>Ehrenberg v. Houston Curtis, etc. | CHAPTER: 7<br>CASE NUMBER: 2:09-bk-19539-ER<br>ADV. CASE NUMBER: 2:11-ap-01923-ER |

Defendant
Houston Curtis
13636 Ventura Blvd., Ste 279
Sherman Oaks, CA 91423

Defendant
Houston Curtis
4150 Woodman Avenue
Sherman Oaks, CA 91423-4332

Defendant
Houston Curtis
14626 Sutton Street
Sherman Oaks, CA 91403-4142

Defendant
Houston Curtis
250 N. Carolwood Drive
Los Angeles, CA 90077

Attorneys for Defendant
David M. Stern
Klee, Tuchin, Bogdanoff & Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Attorneys for Defendant
Patricia Glaser
Glaser Weil Fink Jacobs et al.
10250 Constellation Blvd. 19th Fl.
Los Angeles, CA 90067

| | |
|---|---|
| In re: Ruderman Capital Partners, LLC<br>Debtor(s).<br>Ehrenberg v. Houston Curtis, etc. | CHAPTER: 7<br>CASE NUMBER: 2:09-bk-19539-ER<br>ADV. CASE NUMBER: 2:11-ap-01923-ER |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **DEFAULT JUDGMENT** was entered on the date indicated as **Entered** on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 6, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Corey R. Weber cweber@ebg-law.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Chapter 7 Trustee
Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope St., 35th Fl.
Los Angeles, CA 90071

Defendant
Houston Curtis
14626 Sutton Street
Sherman Oaks, CA 91403-4142

Attorneys for Defendant
Patricia Glaser
Glaser Weil Fink Jacobs et al.
10250 Constellation Blvd. 19th Fl.
Los Angeles, CA 90067

Defendant
Houston Curtis
13636 Ventura Blvd., Ste 279
Sherman Oaks, CA 91423

Defendant
Houston Curtis
250 N. Carolwood Drive
Los Angeles, CA 90077

Defendant
Houston Curtis
4150 Woodman Avenue
Sherman Oaks, CA 91423-4332

Attorneys for Defendant
David M. Stern
Klee, Tuchin, Bogdanoff & Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an **Entered** stamp, the party lodging the judgment or order will serve a complete copy bearing an **Entered** stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page